AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) Neff, Janet T. | 2. Court or Organization US District Court Western District of Michigan | 3. Date of Report 05/15/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US District Judge, Active Status | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

110 Michigan Street NW Suite 402
Grand Rapids, Michigan 49503

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1989 | Michigan Judges Retirement System - Pension upon Retirement from Michigan Court of Appeals |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 05/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | State of Michigan Pension | $90,865.00 |
| 2. | 2017 | JP Morgan Clearing Corp Retirement | $27,882.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | State of Michigan Pension |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 05/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase Bank - Deposit Account | A | Int./Div. | L | T | | | | | |
| 2. | | | | | | | | | |
| 3. Abbott Laboratories - ABT | A | Dividend | J | T | | | | | |
| 4. Accenture PLC Ireland - ACN | A | Dividend | J | T | | | | | |
| 5. Adobe Systems Inc. ADBE | A | Dividend | J | T | | | | | |
| 6. AETNA Inc New - AET | A | Dividend | | | Sold | 02/02/17 | J | | |
| 7. Agilent Technologies Inc - A | A | Dividend | J | T | | | | | |
| 8. Alexion Pharmaceutical - ALXN | A | Dividend | | | Sold | 10/10/17 | J | | |
| 9. Allegion Public Limited - ALLE | A | Dividend | J | T | | | | | |
| 10. Allergan PLC - AGN | A | Dividend | J | T | | | | | |
| 11. Alphabet Inc. GOOGL | A | Dividend | J | T | | | | | |
| 12. Alphabet Inc. - GOOG | A | Dividend | J | T | | | | | |
| 13. Amazon.com Inc - AMZN | A | Dividend | J | T | | | | | |
| 14. American International - AIG | A | Dividend | J | T | | | | | |
| 15. Amg Tr IV - APCTX | A | Dividend | K | T | Sold (part) | 10/24/17 | J | A | |
| 16. Anadarko Petroleum Corp - APC | A | Dividend | J | T | | | | | |
| 17. Analog Devices Inc - ADI | A | Dividend | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Apple Inc - APPL | A | Dividend | J | T | | | | | |
| 19. APTIV PLC - APTV | A | Dividend | J | T | Buy | 05/18/17 | J | | |
| 20. AT&T Inc - T | A | Dividend | | | Sold | 11/01/17 | J | | |
| 21. Bank of America Corp - BAC | A | Dividend | J | T | | | | | |
| 22. Bank New York Mellon Corp - BK | A | Dividend | J | T | | | | | |
| 23. Berkshire Hathaway Inc. - BRKB | A | Dividend | J | T | Buy | 04/25/17 | J | | |
| 24. Biogen Inc - BIIB | A | Dividend | J | T | | | | | |
| 25. Bioverativ Inc. - BIVV | | None | J | T | Buy | 01/17/17 | J | | |
| 26. Blackrock INC - BLK | A | Dividend | J | T | | | | | |
| 27. Blackrock BHYIX | A | Dividend | | | Sold | 02/24/17 | J | | |
| 28. Blackrock FDS - BRMKX | A | Dividend | | | Sold | 07/06/17 | K | D | |
| 29. Blackrock FDS - BRHYX | A | Dividend | J | T | Buy | 02/24/17 | J | | |
| 30. Blackrock Index FDS Inc - BTMKX | A | Dividend | M | T | Buy (add'l) | 05/17/17 | J | | |
| 31. | | | | | Buy (add'l) | 07/07/17 | J | | |
| 32. | | | | | Sold (part) | 10/24/17 | J | A | |
| 33. Boston Scientific Corp - BSX | A | Dividend | J | T | | | | | |
| 34. Bristol Myers SQUIBB Co - BMY | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Broadcom Ltd - AVGO - Formerly Avago Technologies | A | Dividend | J | T | Sold (part) | 04/18/17 | J | | |
| 36. Brown Advisory FDS - BAFHX | A | Dividend | K | T | Sold (part) | 10/25/17 | J | A | |
| 37. Carnival Corp - CCL | | None | | | Sold | 02/07/17 | J | | |
| 38. Causeway Cap Mgmt Tr - CIVIX | A | Dividend | K | T | Buy (add'l) | 07/07/17 | J | | |
| 39. | | | | | Sold (part) | 10/25/17 | J | A | |
| 40. CBS Corp - CBS | A | Dividend | | | Sold | 01/04/17 | J | | |
| 41. Chubb - CB | A | Dividend | J | T | | | | | |
| 42. Celgene Corp - CELG | A | Dividend | J | T | | | | | |
| 43. Charles Schwab Corp - SCHW | A | Dividend | J | T | | | | | |
| 44. Charter Communications - CHTR | A | Dividend | J | T | | | | | |
| 45. CIGNA Corp - CI | A | Dividend | J | T | Buy | 08/25/17 | J | | |
| 46. Citigroup Inc. - C | A | Dividend | J | T | | | | | |
| 47. CMS Energy Corp - CMS | A | Dividend | J | T | | | | | |
| 48. Comcast Corp - CMCSA | A | Dividend | J | T | | | | | |
| 49. Concho Resources Inc - CXO | A | Dividend | J | T | | | | | |
| 50. Costco Wholesale Corp - COST | A | Dividend | | | Sold | 05/10/17 | J | | |
| 51. Delphi Technologies - DLPH | A | Dividend | J | T | Buy | 12/05/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Delta Airlines, Inc. - DAL | A | Dividend | J | T | Buy | 12/18/17 | J | | |
| 53. Diamondback Energies - FANG | A | Dividend | J | T | Buy | 05/22/17 | J | | |
| 54. Discover Financial - DFS | A | Dividend | | | Sold | 05/22/17 | J | | |
| 55. Dish Network Corp - DISH | A | Dividend | J | T | | | | | |
| 56. Dodge & Cox Funds - DODFX | B | Dividend | K | T | Buy (add'l) | 07/07/17 | J | | |
| 57. | | | | | Sold (part) | 10/25/17 | J | A | |
| 58. Dodge & Cox Income Fund - DODIX | A | Dividend | K | T | Buy (add'l) | 11/30/17 | J | | |
| 59. Dollar Tree Inc. - DLTR | A | Dividend | J | T | Buy | 11/02/17 | J | | |
| 60. Dow Chemical Company - DOW | A | Dividend | | | Sold | 05/19/17 | J | | |
| 61. Dow Dupont Inc - DWDP | A | Dividend | J | T | Buy | 02/28/17 | J | | |
| 62. Eastman Chemical Co - EMN | A | Dividend | J | T | | | | | |
| 63. ELI Lilly & Co - LLY | A | Dividend | J | T | | | | | |
| 64. EOG Res Inc - EOG | A | Dividend | J | T | | | | | |
| 65. EQT Corporation - EQT | A | Dividend | J | T | | | | | |
| 66. Facebook Inc. - FB | A | Dividend | J | T | Sold (part) | 02/28/17 | J | | |
| 67. Federated Institutional - FIHLX | A | Dividend | J | T | Buy | 03/10/17 | J | | |
| 68. Fidelity National - FIS | A | Dividend | J | T | Sold (part) | 10/26/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. General Dynamics Corp - GD | A | Dividend | J | T | | | | | |
| 70. General Electric Company - GE | A | Dividend | | | Sold | 12/08/17 | J | | |
| 71. General Motors Company - GM | A | Dividend | | | Sold | 05/25/17 | J | | |
| 72. Gilead Sciences Inc - GILD | A | Dividend | J | T | | | | | |
| 73. Goldman Sachs Group Inc - GS | A | Dividend | J | T | | | | | |
| 74. Hartford Financial - HIG | A | Dividend | J | T | | | | | |
| 75. Home Depot Inc - HD | A | Dividend | J | T | | | | | |
| 76. Honeywell Intl Inc - HON | A | Dividend | J | T | | | | | |
| 77. Humana Inc - HUM | A | Dividend | | | Sold | 08/25/17 | J | | |
| 78. Illumina Inc - ILMN | | None | | | Sold | 05/12/17 | J | | |
| 79. Ingersoll Rand PLC - IR | A | Dividend | J | T | Buy | 02/15/17 | J | | |
| 80. Intercontinental Exchange - ICE | A | Dividend | J | T | Buy | 02/02/17 | J | | |
| 81. International Business - IBM | A | Dividend | J | T | Buy | 11/24/17 | J | | |
| 82. Ishares Inc - EWJ | A | Dividend | K | T | | | | | |
| 83. Johnson Controls - JCI | A | Dividend | | | Sold | 05/22/17 | J | | |
| 84. John Hancock Income Fund - JSTIX | A | Dividend | K | T | Sold (part) | 05/10/17 | J | | |
| 85. JP Morgan TR II - WOBDX | A | Dividend | | | Sold | 05/10/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  JP Morgan TR II - OHYFX | A | Dividend | | | Sold | 07/07/17 | J | | |
| 87.  JP Morgan TR II - JCBUX | A | Dividend | K | T | Buy | 10/26/17 | J | | |
| 88.  JP Morgan US Government - QVESQ | A | Dividend | K | T | | | | | |
| 89.  Keycorp New - KEY | A | Dividend | J | T | | | | | |
| 90.  Kraft Heinz Company - KHC | A | Dividend | J | T | | | | | |
| 91.  Lam Research Corp - LRCX | A | Dividend | | | Sold | 02/08/17 | J | | |
| 92.  Lennox Intl Inc - LII | A | Dividend | | | Sold | 02/24/17 | J | | |
| 93.  Lincoln National Corp - LNC | | None | | | Buy | 07/17/17 | J | | |
| 94. | | | | | Sold | 09/05/17 | J | | |
| 95.  Lord Abbett Short - LLDYX | A | Dividend | | | Sold | 05/10/17 | J | | |
| 96.  Lord Abbett Invt Tr - LOLDX | A | Dividend | J | T | Buy | 05/12/17 | J | | |
| 97.  Lowes Companies Inc - LOW | A | Dividend | J | T | | | | | |
| 98.  Marsh & McLennan - MMC | A | Dividend | | | Sold | 04/25/17 | J | | |
| 99.  Martin Marietta - MLM | A | Dividend | J | T | | | | | |
| 100.  Masco Corp - MAS | A | Dividend | J | T | | | | | |
| 101.  Mastercard Incorporated - MA | A | Dividend | J | T | | | | | |
| 102.  Merck & Co Inc - MRK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Metlife Inc - MET | A | Dividend | J | T | Sold (part) | 07/19/17 | J | A | |
| 104. Microchip Technology Inc - MCHP | A | Dividend | J | T | Buy | 04/24/17 | J | | |
| 105. Microsoft Corp - MSFT | A | Dividend | J | T | | | | | |
| 106. Molson Coors Brewing Co - TAP | A | Dividend | J | T | | | | | |
| 107. Mondelez International - MDLZ | A | Dividend | J | T | | | | | |
| 108. Morgan Stanley - MS | A | Dividend | J | T | | | | | |
| 109. Nextera Energy Inc - NEE | A | Dividend | J | T | | | | | |
| 110. Nike - NKE | A | Dividend | J | T | Buy | 10/06/17 | J | | |
| 111. Nisource Inc - NI | A | Dividend | J | T | Sold (part) | 10/26/17 | J | | |
| 112. Norfolk Southern Corp - NSC | A | Dividend | J | T | Buy | 02/02/17 | J | | |
| 113. Northrop Grumman Corp - NOC | A | Dividend | J | T | | | | | |
| 114. NVIDIA Corp - NVDA | A | Dividend | J | T | Buy | 10/06/17 | J | | |
| 115. Occidental Pete Corp - OXY | A | Dividend | J | T | | | | | |
| 116. O Reilly Automotive Inc - ORLY | A | Dividend | J | T | | | | | |
| 117. Pepsico Inc - PEP | A | Dividend | J | T | | | | | |
| 118. Pfizer Inc - PFE | A | Dividend | J | T | | | | | |
| 119. Philip Morris - PM | A | Dividend | J | T | Buy | 04/28/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. PIMCO Total Return Fund - PTTRX | A | Dividend | K | T | Buy (add'l) | 05/10/17 | J | | |
| 121. | | | | | Buy (add'l) | 11/30/17 | J | | |
| 122. Pioneer Natural Resources - PXD | A | Dividend | J | T | | | | | |
| 123. Pimco FDS Pac Invt Mgmt - PIGIX | A | Dividend | K | T | | | | | |
| 124. PNC Financial - PNC | A | Dividend | | | Buy | 07/17/17 | J | | |
| 125. | | | | | Sold | 11/28/17 | J | | |
| 126. PPG Industries Inc - PPG | A | Dividend | | | Sold | 03/01/17 | J | | |
| 127. Procter & Gamble Co - PG | A | Dividend | | | Sold | 05/01/17 | J | | |
| 128. Schlumberger LTD - SLB | A | Dividend | | | Sold | 02/21/17 | J | | |
| 129. SPDR S&P 500 ETF Trust - SPY | A | Dividend | L | T | Sold (part) | 10/26/17 | J | B | |
| 130. Stanley Black & Decker - SWK | A | Dividend | J | T | | | | | |
| 131. Starbucks - SBUX | A | Dividend | | | Buy | 03/23/17 | J | | |
| 132. | | | | | Sold | 09/27/17 | J | | |
| 133. SVB Financial Group - SIVB | A | Dividend | J | T | | | | | |
| 134. Texas Instruments - TXN-Previously incorrectly listed Time Warner-TXN | A | Dividend | J | T | | | | | |
| 135. Time Warner Inc - TWX | | None | | | Sold | 02/02/17 | J | | |
| 136. TJX Companies Inc New - TJX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  T Mobile US Inc - TMUS | | None | | | Sold | 08/08/17 | J | | |
| 138.  Transcanada Corporation - TRP | A | Dividend | | | Sold | 06/06/17 | J | | |
| 139.  T Rowe Price Intl Funds - PREMX | A | Dividend | | | Sold | 03/10/17 | K | | |
| 140.  T Rowe Price Int'l Fds - PRXIX | A | Dividend | K | T | Buy | 03/10/17 | K | | |
| 141.  T Rowe Price New Income - PRCIX | A | Dividend | | | Sold | 03/10/17 | K | | |
| 142.  T Rowe Price New Income - PRXEX | A | Dividend | K | T | Buy | 03/10/17 | K | | |
| 143.  Twenty First Century Fox - FOXA | A | Dividend | J | T | | | | | |
| 144.  Union Pacific Corp - UNP | A | Dividend | J | T | | | | | |
| 145.  United Continental Hldgs - UAL | A | Dividend | | | Sold | 12/20/17 | J | | |
| 146.  United Technologies Corp - UTX | A | Dividend | J | T | | | | | |
| 147.  United Health Group Inc - UNH | A | Dividend | J | T | | | | | |
| 148.  Vanguard Bond Index FD - VBTLX | A | Dividend | | | Sold | 05/10/17 | J | | |
| 149.  Vanguard Index Tr - VFIAX | A | Dividend | K | T | Buy (add'l) | 07/07/17 | K | | |
| 150. | | | | | Sold (part) | 10/25/17 | J | | |
| 151.  Vanguard Fixed Income - VFIDX | A | Dividend | J | T | | | | | |
| 152.  Vanguard Charlotte Fd - VTABX | A | Dividend | L | T | Buy (add'l) | 05/10/17 | K | | |
| 153.  Vanguard Short Term Bond - VBIRX | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Vantiv - VNTV | A | Dividend | J | T | Buy | 09/29/17 | J | | |
| 155. Vertex Pharmaceuticals - VRTX | A | Dividend | J | T | | | | | |
| 156. Visa Inc - V | A | Dividend | J | T | | | | | |
| 157. Walgreen Boots Alliance - WBA | A | Dividend | J | T | Buy | 02/02/17 | J | | |
| 158. Walt Disney Co - DIS | A | Dividend | J | T | | | | | |
| 159. Waste Connections Inc. - WCN | A | Dividend | J | T | | | | | |
| 160. Wells Fargo & Co - WFC | A | Dividend | J | T | | | | | |
| 161. Wex Inc - WEX | A | Dividend | J | T | | | | | |
| 162. Workday Inc - WDAY | A | Dividend | J | T | | | | | |
| 163. Yum Brands Inc - YUM | A | Dividend | | | Sold | 03/24/17 | J | | |
| 164. Zimmer Biomet Holdings | A | Dividend | J | T | Buy | 11/15/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 05/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII: Line 35: Broadcom Ltd - AVGO formerly Avago Technologies LTD. - AVGO (line 12 on 2016 Report)

Part VII: Line 134: Texas Instruments TXN - incorrectly listed on line 154 of 2016 Report as Time Warner - TXN. The symbol TXN was correct on the 2016 Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Janet T. Neff**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544